Case 1:06-cr-00021-RBW   Document 40   Filed 10/03/2006   Page 1 of 1

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** <br><br> SEALED <br> v. <br> CINQUAN BLAKNEY, et. al. | **DOCKET NO:** 06-21-6 <br><br> **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> James Morgan | **MAGIS. NO:** <br><br> **FILED** <br> OCT 0 3 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **DOB:**      **PDID:** | | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN, COCAINE, COCAINE BASE, PHENCYCLIDINE, AND MARIJUANA;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 100 GRAMS OR MORE OF HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE HEROIN;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;
UNLAWFUL DISTRIBUTION OF HEROIN;   UNLAWFUL DISTRIBUTION OF COCAINE BASE;
UNLAWFUL USE OF A COMMUNICATIONS FACILITY;
UNLAWFUL DESTRUCTION, ALTERATION OR CONCEALMENT OF RECORDS OR TANGIBLE OBJECTS IN FEDERAL INVESTIGATIONS;

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(B)(i); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(A)(iii); 21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(C);

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** <br> U.S. MAGISTRATE JUDGE KAY | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** <br> U.S. MAGISTRATE JUDGE ALAN KAY | **DATE ISSUED:** <br> 8/23/06 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK** <br> *[signature]* | **DATE:** <br> 8/23/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8-23-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 10-3-06 | DAVID BALDWIN SDUSM | *[signature] Laura Baldwin* |
| HIDTA CASE:  Yes ___  No  X | | OCDETF CASE:  Yes ___  No  X |