PRAECIPE

**FILED**

# United States District Court
## for the District of Columbia

OCT 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the _____16th_____ day of _October_ 20_06_

UNITED STATES OF AMERICA

vs.

JAMES Morgan

Civil / Criminal Action No. _06-21_

The Clerk of said Court will ENTER THE APPEARANCE OF THE UNDERSIGNED COUNSEL FOR DEFENDANT

Date _10/11/06_

Signature

BAR IDENTIFICATION NO. _416262_

Print Name Billy L. Pond
Hatfield

_400 5th St, NW #302_
Address

_Washington DC 20001_
City          State          Zip Code

_202 393 2882_
Phone Number

## CERTIFICATE OF SERVICE