**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No.: 06-CR-021(RBW) |
| : | Judge Walton |
| : | Next Court Date: November 29, 2006 |
| **JAMES MORGAN,** : | |
| : | <u>UNDER SEAL</u> |
| **Defendant.** : | |

===============================

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel, Billy L. Ponds, of The Ponds Law Firm, and Harry Tun, respectfully submit this Motion to Withdraw as Counsel of Record and request that this Court enter an Order withdrawing the undersigned attorneys appearance as counsel of record in the above-captioned case. As grounds for this request, the undersigned attorneys state as follows:

The posture of the defendant's case has changed and as a result, a potential conflict of interest has arisen that affects the undersigned attorney's ability to continue to represent the defendant in the above-captioned case. Accordingly, the undersigned attorneys respectfully move to withdraw as counsel of record in this case.

WHEREFORE, for the reasons stated herein, the undersigned attorneys respectfully request that this Court grant the Motion to Withdraw As Counsel of Record.

Respectfully submitted,

_____
Billy L. Ponds
Bar No.: 379883
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20007
(202) 333-2922

                                                              _____
                                                              Harry Tun
                                                              Bar No.: 416262
                                                              400 Fifth Street, NW
                                                              Suite 300
                                                              Washington, DC 20001
                                                              (202) 393-2882

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and complete copy of this Motion to Withdraw as Counsel of Record was sent via facsimile and first class mail to Anthony Scarpelli and George Eliopoulos, Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20530 and via certified mail-return receipt requested to Mr. James Morgan, District of Columbia Jail, 1901 D Street, SE, Washington, DC 20003 on this _____ day of November 2006.

                                                              _____
                                                              Harry Tun

3