### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**     :
                                 :
    **v.**    :    Case No.: 06-CR-021(RBW)
                                 :    Judge Walton
                                 :    Next Court Date: November 29, 2006
**JAMES MORGAN,**                :
                                 :    <u>UNDER SEAL</u>
    **Defendant.**  :
===============================

### ORDER

THIS CAUSE having come before the Court on the Motion to Withdraw as Counsel of Record, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion to Withdraw as Counsel of Record is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds and Harry Tun is hereby withdrawn as counsel of record in the above-captioned case.

                                                         _____
                                                         JUDGE

cc:    Billy L. Ponds
        The Ponds Law Firm
        3218 O Street, NW
        Suite Two
        Washington, DC 20530

        Anthony Scarpelli
        Office of the United States Attorney
        555 4th Street, NW
        Washington, DC 20530

        George Eliopoulos
        Office of the United States Attorney
        555 4th Street, NW
        Washington, DC 20530

Mr. James Morgan
District of Columbia Jail
1901 D Street, SE
Washington, DC 20003