FILED
DEC 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | SEALED |
| v. : | Case No.: 06-CR-021(RBW)-06 |
| : | Judge Walton |
| JAMES MORGAN, : | Next Court Date: November 29, 2006 |
| : | UNDER SEAL |
| Defendant. : | |

### ORDER

THIS CAUSE having come before the Court on the Motion to Withdraw as Counsel of Record, and that Motion having been considered by the Court, and for good cause shown, it is this 5th day of December, 2006,

ORDERED, that the Motion to Withdraw as Counsel of Record is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds and Harry Tun is hereby withdrawn as counsel of record in the above-captioned case.

_____
JUDGE

cc: Billy L. Ponds
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20530

Anthony Scarpelli
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530

George Eliopoulos
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530

Mr. James Morgan
District of Columbia Jail
1901 D Street, SE
Washington, DC 20003