UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 06-21-06 (RBW) |
| JAMES MORGAN, | ) **SEALED** |
| Defendant. | ) |

**ORDER**

At a status conference held on December 11, 2006, the Court directed the attorney the defendant desires to represent him to submit, through the Office of the Federal Public Defender for the District of Columbia, a financial affidavit providing details regarding the defendant's ability to afford the services of an attorney. The Court has reviewed this affidavit and is satisfied that the defendant is able to afford to pay $5,000, but no more.[1] Accordingly, it is hereby

**ORDERED** that the defendant may be represented by counsel pursuant to the Criminal Justice Act ("CJA"). The defendant has requested that Brian McDaniel, Esquire, be appointed to represent him under the CJA, and the Court will appoint Mr. McDaniel as the defendant's

---

[1] The government has requested a copy of the defendant's affidavit. Upon request, it may obtain such a copy from the Court now that the Court has acted on the defendant's request for the appointment of counsel.

attorney upon Mr. McDaniel's compliance with the procedures necessary for such an appointment. It is further

**ORDERED** that the defendant shall pay $5,000 to his CJA-appointed attorney, once the attorney's request for appointment has been granted. The attorney shall deduct this amount from any voucher request made for CJA funds.

**SO ORDERED** this 19th day of December, 2006.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge