UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-21-06 (RBW) |
| ) | |
| JAMES MORGAN, ) | **SEALED** |
| ) | |
| Defendant. ) | |

### ORDER

At a detention hearing held on December 19, 2006, Magistrate Judge Facciola issued a ruling ordering the release of defendant James Morgan. Because the government has indicated its intent to appeal this ruling, it is hereby

**ORDERED** that the Magistrate Judge's ruling releasing the defendant is stayed until the government's appeal can be heard. It is further

**ORDERED** that a hearing on the government's appeal is scheduled for December 20, 2006, at 10:45 a.m.

**SO ORDERED** this 19th day of December, 2006.

REGGIE B. WALTON
United States District Judge