UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
)
v. ) Criminal Action No. 06-21-06 (RBW)
)
JAMES MORGAN, ) **SEALED**
)
)
Defendant. )
)
)

## DETENTION ORDER

On December 20, 2006, the Court heard extensive arguments on the government's Motion for Emergency Review and Appeal of Release Order challenging Magistrate Judge Facciola's December 19, 2006 decision to release defendant James Morgan ("the defendant") pending trial. During that hearing, the Court made detailed oral findings of fact in accordance with the Bail Reform Act, 18 U.S.C. §§ 3141 et seq. (2000), and concluded, by clear and convincing evidence, that no condition or combination of conditions for release of the defendant until the time of trial "will reasonably assure the safety of . . . the community."[1] 18 U.S.C. § 3142(f). Therefore, the defendant must be held without bond in this matter pending trial. Accordingly, and pursuant to 18 U.S.C. § 3142(i), it is hereby

**ORDERED** that the defendant shall be committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons

---

[1] The Court will memorialize these findings pursuant to 18 U.S.C. § 3142(i) in a written order to be issued at a later date.

awaiting or serving sentences or being held in custody pending appeal. It is further

**ORDERED** that the defendant shall be afforded reasonable opportunity for private consultation with his attorney. It is further

**ORDERED** that, on order of the Court or upon request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED** this 21st day of December, 2006.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge