UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-21-06 (RBW) |
| | : | |
| JAMES MORGAN, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

NOTICE OF ADDITIONAL PENALTIES
PURSUANT TO 21 U.S.C. §§ 841(b)(1) AND 851

Pursuant to 21 U.S.C. § 851, the United States Attorney for the District of Columbia informs the defendant, through the Court, that the defendant in this case has been convicted of the following prior felony drug offense: On or about July 23, 1990, the defendant was convicted of the offense of distribution of cocaine in Criminal Case No. F9806-86, in the Superior Court of the District of Columbia.

Notice is hereby given that, upon conviction in the instant case, the defendant is subject to additional penalties because of his prior conviction for a felony drug offense, pursuant to the provisions of 21 U.S.C. § 841 (b)(1)(A).

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


_____
GEORGE ELIOPOULOS
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
D.C. Bar No.390601
555 4th Street, N.W.,
Washington, DC 20530
(202) 514-7294

## CERTIFICATE OF SERVICE

      I hereby certify that on the _____ day of _____, 2007, a copy of the foregoing Notice was served by hand upon counsel for the defendant, Brian K. McDaniel, Esq.

_____
George Eliopoulos
Assistant United States Attorney