UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 06-21 (RBW)** |
| | : | |
| **JAMES MORGAN,** | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the defendant's Motion to Suppress Tangible Evidence and Statements the government's opposition thereto, it is, this _____ day of February, 2008,

ORDERED that the defendant's motion is denied.

_____
REGGIE B. WALTON
United States District Judge